(No. 5454-

DES MOINES TRAVELODGE, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed February 18, 1971.*

DES MOINES TRAVELODGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

On January 10, 1968, claimant, Des Moines Travelodge of 2021 Grand Avenue, Des Moines, Iowa, filed a complaint in the amount of $52.02.

The record consists of the following:

1. Complaint.
2. Joint stipulation between claimant and the State of Illinois.

It appears that claimant rendered services to the State of Illinois, and that said amount is due and owing claimant.

An award is, therefore, made to claimant, Des Moines Travelodge, in the amount of $52.02.